Patti Whitmire CARLTON; Carole Keeney Harrington; Pamela Reed; Plaintiffs–Appellants

v.

HOUSTON COMMUNITY COLLEGE SYSTEM; Chris Oliver; Norman Nielsen; Mary Spangler; Daniel Seymour, Defendants–Appellees.

No. 11–20096.

United States Court of Appeals, Fifth Circuit.

March 13, 2012.

Laurence Wade Watts, Watts & Associates, Missouri City, TX, for Plaintiffs–Appellants.

Lisa A. Brown, Esq., Thompson & Horton, L.L.P., Houston, TX, for Defendants–Appellees.

Before REAVLEY, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: *

Patti Whitmire Carlton, Carole Keeney Harrington, and Pamela Reed appeal the district court's summary judgment on their First Amendment retaliation claims. We have carefully considered the pertinent portions of the record in light of the parties' briefs and oral arguments. We conclude Appellants have not demonstrated any error warranting reversal. AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.